| | |
|---|---|
| 1 | VANDERHOFF LAW GROUP |
| | Alan Vanderhoff, Cal. Bar No. 138032 |
| 2 | Jeanne C. Vanderhoff, Cal. Bar No. 138011 |
| | 750 B Street, Suite 1620 |
| 3 | San Diego, California 92101 |
| | Telephone: (619) 299-2050 |
| 4 | |
| | Attorneys for KBR Group, LLC, KBR Opportunity |
| 5 | Fund I, LP, and KBR Opportunity Fund II, LP |

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 10-03361-PB-INV11 |
| COLONY PROPERTIES INTERNATIONAL II, LLC, a California limited liability company, | Adv. No. 10-90134 |
| | MOTION FOR PRELIMINARY INJUNCTION RE CONTROL OF COLONY PROPERTIES INTERNATIONAL II, LLC |
| Debtor. | |
| KBR GROUP, LLC, a California limited liability company; KBR OPPORTUNITY FUND I, LP, a California limited partnership; and KBR OPPORTUNITY FUND II, LP, a California limited partnership, | Date:   April 21, 2010<br>Time:   10:00 p.m.<br>Dept.:   Four<br>Judge:  Hon. Peter W. Bowie |
| Plaintiffs, | |
| v. | |
| NICOLAS MARSCH, III, an individual; COLONY PROPERTIES INTERNATIONAL, LLC, a California limited liability company; COLONY PROPERTIES INTERNATIONAL II, LLC, a California limited liability company; BRIARWOOD CAPITAL, LLC, a California limited liability company; and KRMW REAL ESTATE INVESTMENT GROUP, LLC, a California limited liability company, | |
| Defendants. | |

1    KBR Group, LLC ("KBR Group"), KBR Opportunity Fund I, LP ("KBR Fund I"), and KBR Opportunity Fund II, LP ("KBR Fund II") (collectively "KBR") hereby move this Court to issue a preliminary injunction enjoining Nicolas Marsch from (1) exercising control over Colony Properties International II, LLC ("Colony II") or its assets, and (2) representing himself to be the manager of Colony II or otherwise as someone who is authorized to act on behalf of Colony I and ordering Marsch to turn over all control of Colony II to KBR Group.

This Motion is based on the Notice of Motion, the Memorandum of Points and Authorities, and the Declaration of Michele Kucinski filed concurrently herewith, all documents and pleadings on file in this case, and such other arguments and documents as may be presented at or before the hearing on this Motion

March 24, 2010          VANDERHOFF LAW GROUP

By: /s/ Alan Vanderhoff
_____
Alan Vanderhoff
Attorneys for KBR Group, LLC, KBR Opportunity Fund I, LP, and KBR Opportunity Fund II, LP