CSD 3000A [11/15/04]
Name, Address, Telephone No. & I.D. No.
Jeffry A. Davis (SBN 103299)
Joseph R. Dunn (SBN 238069)
Mintz Levin Cohn Ferris Glovsky and Popeo PC
3580 Carmel Mountain Road, Suite 300
San Diego, CA 92130
Telephone: (858) 314-1500
Facsimile: (858) 314-1501

Order Entered on
May 18, 2010
by Clerk U.S. Bankruptcy Court
Southern District of California

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re COLONY PROPERTIES INTERNATIONAL II, LLC,

Debtor.

KBR GROUP, LLC, et al.,

Plaintiff(s)

ADVERSARY NO. 10-90134-PB

v.
NICOLAS MARSCH III, et al.,

Defendants(s)

Date of Hearing: May 5, 2010
Time of Hearing: 10:00 a.m.
Name of Judge: Peter W. Bowie

## ORDER DENYING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through 2 with exhibits, if any, for a total of 2 pages, is granted. Motion/Application Docket Entry No. 5.

//

//

//

//

DATED: May 17, 2010

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC**
(Firm name)

By: /s/ Joseph R. Dunn
    Joseph R. Dunn
    Attorney for ☐ Plaintiff ☒ Defendants

Judge, United States Bankruptcy Court

CSD 3000A
4919320v1

American LegalNet, Inc.
www.USCourtForms.com

CSD 3000A [11/15/04] (Page 2)
ORDER DENYING MOTION FOR PRELIMINARY INJUNCTION          CASE NO: 10-03361-PBINV11
DEBTOR: COLONY PROPERTIES INTERNATIONAL II, LLC           ADV. NO.: 10-90134-PB

---

The Court, having considered the motion (the "Motion") of KBR Group, LLC, KBR Opportunity Fund I, LP, and KBR Opportunity Fund II, LP (collectively, "KBR") for a preliminary injunction regarding control of debtor Colony Properties International II, LLC (the "Debtor"), the Debtor's opposition to the Motion, KBR's reply to the Debtor's opposition, all declarations, exhibits and other papers submitted in support of each of the foregoing, the record in this case, and the arguments of counsel for KBR and the Debtor at the May 5, 2010 hearing on the Motion (the "Hearing"); and for the reasons set forth on the record at the Hearing, and good cause appearing therefor,

IT IS HEREBY ORDERED THAT

1.    The Motion is DENIED as moot.


Approved as to form:

_____
Alan Vanderhoff
Vanderhoff Law Group
Counsel for KBR Group, LLC,
KBR Opportunity Fund I, LP, and
KBR Opportunity Fund II, LP

CSD 3000A
4919320v1

American LegalNet, Inc.
www.USCourtForms.com

*Signed by Judge Peter W. Bowie May 17, 2010*